FILED: October 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4502
(3:13-cr-00758-JFA-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ALVIS DAMON WILLIAMS

    Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

    Response brief due: 11/17/2014

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk